**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2354**

_____

GOD AND COUNTRY FOUNDATION; JAMES RENWICK
MANSHIP, SR., individually and as Chairman of
God and Country Foundation; J.R.M., JR.,

Plaintiffs - Appellants,

versus

WILLIAM D. EUILLE, Mayor, individually, as
former and current member of the City Council,
and as Mayor of the city of Alexandria; SCOTT
GIBSON, Sergeant, individually, as supervisor
of Amy Santiago, and as a policeman for the
city of Alexandria; NICK TODARO, Patrolman,
individually and as a policeman for the city
of Alexandria; DONALD HAYS, Lieutenant,
individually, as a police "Internal Affairs
Lieutenant" for the city of Alexandria and its
police department; GEORGE MCANDREWS,
individually and as a City Attorney for the
city of Alexandria and its police department;
KERRY DONNELLY, M.D., Mayor, individually, as
a member of the City Council, and as a former
Mayor of the city of Alexandria,

Defendants - Appellees,

and

CITY OF ALEXANDRIA; AMY SANTIAGO,
Investigator, individually and as a police
officer for the city of Alexandria,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-03-590-A)

---

Submitted: January 15, 2004        Decided: January 27, 2004

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Renwick Manship, Sr., Appellant Pro Se. Mary Leslie Parpart, Ashley Lionel Taylor, Jr., TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's denial of their motions for recusal, sanctions, and appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We decline Appellants' request for an order directing the district court to recuse itself or to transfer the case to a different district. Likewise, we decline to appoint counsel on appeal or impose sanctions against Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -